AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| John Lewis Addison, Jr.<br>*Plaintiff*<br>v.<br>Commissioner of the Social Security Administration<br>*Defendant* | Civil Action No. 5:21-1796-KDW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Commissioner's decision is affirmed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Kaymani D. West, United States Magistrate Judge.

Date:     September 9, 2022

ROBIN L. BLUME
*CLERK OF COURT*

s/ Glenda J. Nance
*Signature of Clerk or Deputy Clerk*